memorandum of decision purporting to deny a motion made in behalf of the plaintiff for a reargument of the appeal in the above-entitled action in this court; the same having been entered upon said list of decisions through inadvertence, and there having been no motion for such reargument before the court at the time said list of decisions was filed. See Riola v. N. Y. C. & H. R. R. R. Co., 98 App. Div. 633, infra.

RIOLA, Respôndent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November, 1904.) Action by Gaetano Riola against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. See Riola v. N. Y. C. & H. R. R. R. Co., 98 App. Div. 633, 92 N. Y. Supp. 1143.

In re RIVERSIDE PARK. (Supreme Court, Appellate Division, First Department. February 10, 1905.) In the matter of the Riverside Park. B. M. Whitlock, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with costs.

ROGERS v. CITY OF BINGHAMTON. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Dorothy Louise Rogers, an infant, by John B. Rogers, her guardian ad litem, against the city of Binghamton. No opinion. Motion granted.

ROGERS et al., Appellants, v. MAYOR, ETC., OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by John C. Rogers and others against the mayor, etc., of New York. L. L. Kellogg, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RORK v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Augusta Rork against the city of New York. G. H. Fletcher, for plaintiff. T. Connoly, for defendant. No opinion. Exceptions overruled, and judgment ordered dismissing complaint, with costs.

ROSEN v. VOORHIS et al. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Harry Rosen against John R. Voorhis and others. No opinion. Motion denied, with $10 costs.

ROSENBLOOM, Appellant, v. DOLBEER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Abram Rosenbloom against Frazier M. Dolbeer and another.

PER CURIAM. Judgment modified, by inserting therein a direction for a nonsuit of plaintiff's cause of action, except as to the item of $30.65, the amount paid for freight and cartage, for which judgment was directed in favor of the plaintiff against the defendant; and, as thus modified, the judgment is affirmed, without costs of this appeal to either party.

In re ROTHSCHILD. (Supreme Court, Appellate Division, First Department. March 24, 1905.) In the matter of Regina Rothschild. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

RUPERT v. LEE. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by William H. Rupert against Ella G. Lee. No opinion. Motion denied.

RUPPELL, Respondent, v. NATIONAL LEAD CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Walter Ruppell against the National Lead Company.

PER CURIAM. Judgment and order modified, by striking out the extra allowance of costs, on the ground of want of power in the Trial Term; and, as so modified, affirmed, without costs of this appeal.

SAGE, Respondent, v. BARBER ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by W. Jay Sage against the Barber Asphalt Paving Company. E. Wells, Jr., for appellant. G. E. Morgan, for respondent. No opinion. Judgment affirmed, with costs.

ST. REGIS PAPER CO., Appellant, v. SANTA CLARA LUMBER CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by the St. Regis Paper Company against the Santa Clara Lumber Company and others. No opinion. Motion to put over term granted.

SCHIECK v. DONOHUE. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by August Schieck against Annie Donohue. No opinion. Motion denied, on payment of $20 costs.

SCHINDLER, Appellant, v. BANCO DE LONDRES Y MEXICO, Respondent. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Morris D. Schindler against the Banco de Londres y Mexico. H. Sillcocks, for appellant. R. S. Rounds, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re SCHLOTTERER. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) In the matter of the application of Louisa Schlotterer, an infant, etc., for an order to examine the Brooklyn & New York Ferry Company. No opinion. Motion for stay granted.

SCHLOTTERER, Respondent, v. BROOKLYN & N. Y. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Appeal from Special Term, Kings County. Action by Louisa Schlotterer, an infant, etc., against the Brooklyn & New York Ferry Company. From an order extending plaintiff's time to serve amendments to a proposed case on appeal, defendant appeals. Reversed. See 85 N. Y. Supp. 847.